**FILED**

OCT 2 0 2014

Clerk, U.S. District Court
District Of Montana
Billings

**CARL E. ROSTAD**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, Montana    59403-3447**
**Direct Line: (406) 771-2001**
**Phone:        (406) 761-7715**
**FAX:          (406) 453-9973**
**E-Mail:       Carl.Rostad@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY WARREN ROSETTE,<br><br>Defendant. | CR-14- 101 -GF-BMM<br><br>**INDICTMENT**<br><br>**BRIBERY OF AN OFFICIAL OF AN INDIAN TRIBAL GOVERNMENT RECEIVING FEDERAL FUNDING**<br>Title 18 U.S.C. §§ 666(a)(1)(B)<br>(Penalty:   Ten years imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

### INTRODUCTION

At all times relevant to this Indictment:

1.      The Chippewa Cree Tribe of the Rocky Boy's Indian Reservation was a

federally recognized tribe located in north central Montana whose affairs were

1

governed by the Chippewa Cree Business Committee and whose government was located at Box Elder, Montana.

2.     Between October 1, 2009, and September 30, 2013, the Chippewa Cree Tribe of the Rocky Boy's Indian Reservation, received approximately $52 million in Public Law 638 Indian Health Service Self-Governance Compact funds from the United States Department of Health and Human Services, for operation, construction and maintenance, and administration of the Rocky Boy Health Board Clinic.

3.     TIMOTHY WARREN ROSETTE was the Director of the Chippewa Cree Tribe Roads Branch and the Director of the Rocky Boy Health Clinic's Environmental Health Division.

4.     Hunter Burns Construction, LLC, was a construction company doing business on the Rocky Boy's Reservation, and elsewhere in north central Montana, and received significant construction contracts from the Rocky Boy Health Board.

5.     James Howard Eastlick, Jr., owned 49% of Hunter Burns Construction, LLC, and shared in the management of the financial affairs of the company.

## COUNT I

That between on or about October 10, 2009, and continuing thereafter until on or about January 30, 2010, at Havre and Box Elder, in the State and District of Montana, and other places, the defendant, TIMOTHY WARREN ROSETTE, then an official and agent of an Indian tribal government, that is, the Director of the Rocky

Boy Health Clinic's Environmental Health Division, did corruptly accept and agree

to accept a thing of value from Hunter Burns Construction, LLC, and James Howard

Eastlick, Jr., with the intent to be influenced and rewarded in connection with a

transaction and series of transactions of the Rocky Boy Health Board Clinic, of a

value of $5,000 or more, that is, the defendant, TIMOTHY WARREN ROSETTE, in

exchange for his support, direction, and assistance, and having supported, directed,

and assisted the award of tribal contracts to Hunter Burns Construction, LLC, by the

Rocky Boy Health Board Clinic, accepted more than $5,000 in payments, property,

or other benefits from Hunter Burns Construction, LLC, and James Howard Eastlick,

Jr., either directly or through nominees, in violation of 18 U.S.C. §§ 666(a)(1)(B).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

MICHAEL W. COTTER
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____

Warrant: _____

Bail: _____