IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TIMOTHY WARREN ROSETTE, Defendant. | CR 14-101-GF-BMM ORDER |

Upon the United States' unopposed motion to dismiss Counts II and III of the Superseding Indictment, and for good cause shown,

It is ordered that Counts II and III of the Superseding Indictment against Mr. Rosette are dismissed without prejudice.

DATED this 10th day of December, 2015.

Brian Morris
United States District Court Judge